# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 FEB 24 A 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: #238738

Renaldo Demond Price

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

ALDOC, Bibb Co. Prison "Warden W. Thomas," "Cpt. Javin Hutton" "Lt. Kenny Wavers" "Seg. William Felder" "Seg. Barbara Bell" "Officer J. Weinwrech" "Inmate James Breedlove #248342"

(Enter above full name(s) of the defendant(s) in this action)

CV-16-P-0319-W

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( ✓ )

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __Bibb County Corrections, A-2 Seg 2 cell__

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: __Because I didn't feel the need to sense after I was headbutted in the mouth. We both where given Medical Body charts stateing our engeries. In which I was givin and urgent appointment to the dentise from Nurse Woods concerning my mouth.__

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Renaldo Demond Price #238738

Address Bibb County Corrections 565 bibb Ln. Brent Ala. 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Officer J. Wienwrech!

Is employed as A ADOC Correctional Officer!

at ADOC Bibb County Prison!

C. Additional Defendants Warden-Willie Thomas Captain-John Hutton, Lt: Kenny Wavers Sgt. William felder Sgt. Barbara Bell, Inmate James Breedlove #248342

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On Jan 28th, 2016 At BibbCo Correctional facility in front of D dorm, I was Assaulted by Inmate James Breedlove. while in Handcuffs During a Segragational Walk! He And I wasn't to ever been allowed To make any physical coAtAct Ever! Do to our Security levels, I was at the time And are still "Admin Level 5 Green Card Seg". James Breedlove

4

Was at the Time. And still is Disciplinary Level 4 RnK(ad). Seg."

Officer J. Wienrech on Jan 28th 2016. Conducted E. dorms Segragational walk in an illegal ~~~~ FASION

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

"Grant me a Jury Trial", To prove That I Should be Compensated, for Medical Fees!... And also Pain and Suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2-22-16  .

_Rinaldo Durrell Price_
SIGNATURE

ADDRESS  565 Bibb Lane
         Brent. Ala. 35034

AIS #  238738

5

— Statement of Claim....

1st. Officer J. Weinrech Allowed a "level 5" Inmate to make physical Contact with a "level 4" Inmate, whom where both at the time being housed inside of Bibb Co. E-dorm Seg. Unit!

2nd He also left his post to escort an Inmate to diebetic snack inside the shift Office. Which left us under Officer Henry L Tabbs. Supervision. Who At the Time was Conducting His own Segragetional walk, with 3 say threes of his own!

"Jan 28th, 16 7:30 pm"  1. His Authorazation to do so, On this Date and Time Came from Either A-Shifts Commander in charge at the time. Who was "Lt. Kenny WAVers"... or
1) Sgt. William Felder
2) Sgt. Barbara Bell

And There Authorazation and Duties Come from. Wardon Willie Thomas, And His Security Cpt. John Hutton. They are the ones who allow these officers to conduct there Jobs in These manners!....